UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**  Case No. 2:24-cr-32

**Johnny Baker**

COURTROOM MINUTES

| JUDGE: | Chelsey M. Vascura | DATE AND TIME: | 4/3/2024 1:15pm |
|---|---|---|---|
| DEPUTY CLERK: | Allie Moran | COUNSEL FOR GOVT: | Dave Twombly |
| RECORDER: |  | COUNSEL FOR DEFT(S). | Paul Scarsella |
| INTERPRETER: |  | PRETRIAL/PROBATION: | Katie Snodgrass |

Initial Appearance & Bond Conference

-Parties agree to conditions of release
-Dft released on O/R Bond